IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM GEOFFERY DOBBINS, #167085, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:08cv581-MHT ) |
| J. C. GILES, et al., | ) ) |
| Defendants. | ) |

**ORDER**

On August 5, 2008 (Doc. # 14), the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 14) is adopted and that:

1. The plaintiff's claims against defendant Alabama Department of Corrections are dismissed with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(I).

2. Defendant Alabama Department of Corrections is dismissed from this cause of action.

3.	This case, with respect to the claims lodged against the remaining defendants, is referred back to the magistrate judge for appropriate proceedings.

DONE, this the 26th day of August , 2008.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE