IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM GEOFFERY DOBBINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:08cv581-MHT |
| ) | |
| J.C. GILES, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objections (Doc. No. 86) are overruled.

(2) The magistrate judge's recommendation (Doc. No. 81) is adopted.

(3) Plaintiff's motions for preliminary injunction (Doc. Nos. 65 & 78) are denied.

(4) This case is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 20th day of October, 2008.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**