IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM GEOFFERY DOBBINS,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | CIVIL ACTION NO. |
| v.   ) | 2:08cv581-MHT |
| ) | (WO) |
| J.C. GILES, et al.,   ) | |
| ) | |
| Defendants.   ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff William Geoffery Dobbins, a former state inmate, filed this lawsuit challenging the constitutionality of actions taken against him by defendants J.C. Giles, Lewis Hulett, Antonio McClain, Dorothy Starks, Robert Bryant, Richard Allen, John Peasant, Nettie Burks, and Correctional Medical Services.  This lawsuit is now before the court on the recommendation of the United states Magistrate Judge that the defendants' motion for summary judgment should be granted in all respects, except as to Dobbins's excessive-force claim against Hulett in his individual

capacity, which, according to the magistrate judge, should go to trial. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of June, 2011.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**