IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIAM GEOFFERY DOBBINS,    )
                             )
    Plaintiff,               )
                             )
                             )    CIVIL ACTION NO.
    v.                       )      2:08cv581-MHT
                             )          (WO)
J.C. GILES, et al.,          )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 116) is adopted.

(2) Defendants' motions for summary judgment (doc. nos. 22 & 37) are granted except as to plaintiff Dobbins's excessive-force claim against defendant Hulett in his individual capacity.

(3) Judgment is entered in favor of all defendants and against plaintiff Dobbins, except as to

>  plaintiff Dobbins's excessive-force claim against defendant Hulett in his individual capacity, with plaintiff Dobbins taking nothing by his complaint except as to his excessive-force claim against defendant Hulett in his individual capacity.
>
> (4) Plaintiff Dobbins's excessive-force claim against defendant Hulett in his individual capacity shall go to trial.

This case is terminated as to all defendants except defendant Hulett.

DONE, this the 20th day of June, 2011.

                     /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE