IN THE DISTRICT COURT OF THE UNITED STATES FOR HE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM GEOFFERY DOBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv581-MHT |
| | ) | (WO) |
| LEWIS HULETT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the jury selection and trial of this cause are set for August 22, 2011, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

It is further ORDERED that United States Magistrate Judge Susan Russ Walker shall take care of subpoenaing any witnesses on behalf of plaintiff William Geoffery Dobbins, including entering any appropriate orders regarding such matters.

DONE, this the 20th day of June, 2011.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE